Exhibit

ORIGINAL

# ALTON POLICE DEPARTMENT
# FEDERAL PRISONER
# GRIEVANCE PROCEDURE FORM

STEP 1-Initial Notification

A Federal detainee having a grievance will notify and submit to the Corrections Officer on duty nature of his grievance. If the Corrections Officer can not satisfy the grievance, the detainee will submit his grievance to the Corrections Officer on duty.

On __10-12-2017__ I __Taiwan Davis__ Talked to __C/o Phillips__ About __Legal case Law, which I respectfully requested in regard to my case No. 17-30055-NJR. There have been a "stay" file by the Assistant United States Attorney. C/o Phillips told me that he would have to do his on Personal investigation an order to get me a copy of a case (Law) that have to apply to me an order for him to give me. C/o Phillips never gave me the case I requested, which I even told him that the head Defense counsel__

(Brief description of the complaint)

Step 2: If the grievance is not settled by the initial notification, the detainee submitting a grievance shall present a written grievance form to the Jail Supervisor with in 5 business days of the initial complaint.

Date of this written report __10-12-2017__

Date of Grievance __10/12/2017__

Nature of Grievance __Staff Conduct:__

Cont: Stephen Welbiy gave permission to the Secretary out their office to give me the case site which I requested. C/o Phillips by doing this, Thus deprive me, denied me the access to prepare such motion under Rule 3(c) Section 2255 proceeding.

Per Policy CO's are **not** required to provide case law.